UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Association of American
Railroads,

    Plaintiff,

v.

Dave Yost, *et al.*,

    Defendants.

Case No. 2:23-cv-2096

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The parties jointly move to stay this case pending the Eleventh Circuit's resolution of challenges to a Federal Railroad Administration rule. ECF No. 50. The motion is **GRANTED**. The parties shall file a joint notice **WITHIN SIXTY DAYS**, and **EVERY SIXTY DAYS THEREAFTER**, outlining the status of the Eleventh Circuit challenge, unless they file an appropriate dismissal entry in the interim.

The Clerk shall terminate all pending motions in this case. If necessary, the parties may move to re-instate those motions upon the lifting of the stay.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT